■ The People of the State of New York, Respondent, v Craig Lewis, Appellant. [873 NYS2d 489]—Judgment of resentence, Supreme Court, New York County (Edward J. Mc-Laughlin, J.), rendered September 23, 2008, resentencing defendant to a term of five years with five years' postrelease supervision (PRS), unanimously affirmed.

After defendant completed his prison sentence and began serving a term of PRS that was improperly imposed in the

absence of an oral pronouncement at sentencing, the court conducted a resentencing proceeding (*see* Correction Law § 601-d) and properly imposed PRS. We reject defendant's double jeopardy argument, as well as his other challenges to the resentencing (*see People v Hernandez*, 59 AD3d 180 [2009]). Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.